# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

139505 (142)

TARA KATHERINE HAMED,
       Plaintiff-Appellee,

v

WAYNE COUNTY and WAYNE COUNTY
SHERIFF'S DEPARTMENT,
       Defendants-Appellants,
and

SERGEANT KENNETH DAWWISH,
CORPORAL NETTI JACKSON, SHERIFF
WARREN C. EVANS, and DEPUTY
REGINALD JOHNSON,
       Defendants.

_____

SC: 139505
COA: 278017
Wayne CC: 03-327525-NZ

      On order of the Chief Justice, the motion by the Attorney General for extension of the time to file his brief *amicus curiae* is considered and it is GRANTED. The motion by the Attorney General for leave to participate in oral argument is considered and it is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

_____
Clerk